IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONIA WILLIAMS,

                  Plaintiff,                                    ORDER

        v.                                          09-cv-626-slc

STATE MILWAUKEE COUNTY JAIL,

                  Defendant.

---

      Plaintiff Sonia Williams, a prisoner at the Taycheedah Correctional Institution in Fond du Lac, Wisconsin, has submitted a proposed complaint and a trust fund account statement covering approximately the last six-month period. I can construe the complaint to include a request for leave to proceed *in forma pauperis* because plaintiff has not paid the $350 fee for filing her complaint. Plaintiff is a prisoner and as such is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether she can proceed with her complaint *in forma pauperis*, plaintiff will have to make an initial partial payment of the filing fee. From plaintiff's trust fund account statement, I calculate her initial partial payment to be $9.25. Also, she must pay the remainder of the fee in monthly installments even if her request for leave to proceed is denied. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff is assessed $9.25 as an initial partial payment of the $350 fee for filing this case. She is to submit a check or money order made payable to the clerk of court in the amount of $9.25 on or before November 6, 2009. If, by November 6, 2009, plaintiff fails to make the initial partial payment or show cause for her failure to do so, she will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing her case at a later date.

Entered this 16th day of October, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge