## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SONIA WILLIAMS,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.                                    Case No. 09-cv-626-bbc

STATE MILWAUKEE COUNTY JAIL,

      Defendant.

---

     This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case with prejudice for

plaintiff's failure to state a claim upon which relief may be granted.


_____      _____
Peter Oppeneer, Clerk of Court           12/15/09
                                             Date